BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
          clozano@unioncounsel.net
          tmainguy@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA , <br><br> Plaintiffs, <br><br> v. <br><br> ROCK BOTTOM, INC., <br><br> Defendant. | No. <br><br> **COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. § 1001, ET SEQ., 29 U.S.C. § 185)** |

Plaintiffs complain of Defendants, and for cause of action allege:

## JURISDICTION AND INTRADISTRICT ASSIGNMENT

### I.

This action arises under and is brought pursuant to section 502 of the Employee

Retirement Income Security Act, as amended (ERISA) (29 U.S.C. § 1132), and section 301 of the

Labor Management Relations Act (LMRA) (29 U.S.C. § 185).  Venue properly lies in this

1

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

District Court since contributions are due and payable in the County of San Francisco.  Therefore, intradistrict venue is proper.

## PARTIES

### II.

At all times material herein, Plaintiffs The Board of Trustees were Trustees of the Laborers Health and Welfare Trust Fund for Northern California (hereinafter "Welfare Fund"); Laborers Pension Trust Fund for Northern California (hereinafter "Pension Fund"); Laborers Vacation-Holiday Trust Fund for Northern California (hereinafter "Vacation Fund"); and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Training Fund," together with the Welfare Fund, Pension Fund, and Vacation Fund, collectively referred to as "Trust Funds").  At all times material herein, each of the above-named Trust Funds was, and now is, an employee benefit plan created by a written Trust Agreement subject to and pursuant to section 302 of the LMRA (29 U.S.C. § 186), and a multi-employer employee benefit plan within the meaning of sections 3, 4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132).  Each of the above-named Trust Funds is administered by a Board of Trustees which may bring this action in the name of the Trust Funds pursuant to the express provisions of the Trust Agreements.  All of the above named Trust Funds and their respective Board of Trustees shall hereinafter be designated collectively as "Plaintiffs."

### III.

At all times material herein, Rock Bottom, Inc. (hereinafter referred to as "Defendant") has been an employer within the meaning of section 3(5) and section 515 of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within the meaning of section 301 of the LMRA (29 U.S.C. § 185).

## ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF

### IV.

At all relevant times, Defendant was signatory and bound to a written collective bargaining agreement with the Northern California District Council of Laborers (hereinafter "Union"), a labor organization within the meaning of section 301 of the Labor Management

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1   Relations Act (29 U.S.C. § 185).  Defendant became subject to all the terms and conditions of the

2   Laborers Master Agreement (hereinafter "Master Agreement" or "Agreement") by virtue of

3   signing a Memorandum of Agreement (hereinafter "Memorandum Agreement") with the Union,

4   which incorporated by reference the Master Agreement.  True and correct copies of the

5   2006-2010 Master Agreement, and October 2007 Side Letter, adding a paragraph at the end of

6   Section 28A of the 2006-2010 Master Agreement, are attached hereto as **Exhibit "A"** and

7   **Exhibit "B."**  True and correct copies of the 2010 Letter of Understanding, modifying the

8   Laborers Master Agreement effective June 28, 2010, and the 2010-2012 Master Agreement, are

9   attached hereto as **Exhibit "C"** and **Exhibit "D."**  A true and accurate copy of the 2012-2015

10  Master Agreement true is attached hereto as **Exhibit "E."**  A true and accurate copy of the

11  Memorandum Agreement is attached hereto as **Exhibit "F."**  A true and accurate copy of the

12  2014 to 2019 Master Agreement is attached hereto as **Exhibit "G."**  All Exhibits hereto are

13  incorporated herein by reference.

**V.**

14

15      The above-mentioned Agreements provide for prompt payment of all employer

16  contributions to the various Trust Funds and provide for liquidated damages, not as a penalty but

17  as a reasonable attempt to provide for payments to cover the damages incurred by the Trust

18  Funds, in the event of a breach by the employer, where it would have been impracticable or

19  extremely difficult to ascertain the Trust Funds' losses at the time the Agreement was negotiated.

**VI.**

20

21      Said Agreements provide for prompt payment of all delinquent contributions to the

22  various Trust Funds, and provide for the payment of interest on all delinquent contributions,

23  attorneys' fees, and other collection costs, and for the audit of the signatory employer or

24  employers' books and records in order to permit the Plaintiffs to ascertain whether all fringe

25  benefit contributions have been timely paid as required by the applicable labor agreements and

26  law.

27  / / /

28  / / /

**WEINBERG, ROGER &**
**ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. § 1001, ET
SEQ., 29 U.S.C. § 185)
Case No.

## FIRST CLAIM FOR RELIEF
### (BREACH OF CONTRACT BASED ON AUDIT)
**VII.**

Plaintiffs incorporate and reallege by reference all the allegations stated hereinabove.

**VIII.**

Pursuant to the Agreements, an audit of the books and records of Defendant for the period of January 2012 to December 2014 was conducted, which revealed that fringe benefit contributions to the Trust Funds have not been submitted as required by said Agreements.

**IX.**

Demand has been made of Defendant for payment of the amounts determined to be due and owing pursuant to the audit.  To date, Defendant has refused to pay such amounts and there is now due, owing and unpaid to Plaintiffs Trust Funds from Defendant, fringe benefits contributions in the amount of $31,667.04, liquidated damages and interest in the amount of at least $24,357.67, and liquidated damages fees in the amount of $1,950.00 in relation to such unpaid contributions which have not been submitted to the Trust Funds as required by said Agreements.

**X.**

Plaintiffs are the intended third-party beneficiaries of the Master Agreement, but Trust Fund contribution delinquencies are excluded from the arbitration provisions of the Master Agreement.

**XI.**

Plaintiffs have complied with all conditions on their part to be performed under the terms of the applicable Agreements.

**XII.**

Plaintiffs are entitled to reasonable attorneys' fees, interest, and other reasonable expenses incurred in connection with this matter due to Defendant's failure and refusal to pay all fringe benefit contributions due and owing pursuant to the terms of the applicable Agreements, and ERISA section 502(g)(2) (29 U.S.C. § 1132(g)(2)).

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. § 1001, ET
SEQ., 29 U.S.C. § 185)
Case No.

## SECOND CLAIM FOR RELIEF
### (ACTUAL DAMAGES FOR BREACH OF CONTRACT)
#### XIII.

Plaintiffs incorporate and reallege by reference all the allegations stated above.

#### XIV.

Defendant has failed, neglected and refused to make timely fringe benefit contributions as required by the applicable Agreements, and have caused Plaintiffs actual damages in an amount to be proven at trial.

## THIRD CLAIM FOR RELIEF
### (AUDIT)
#### XV.

Plaintiffs incorporate and reallege by reference all the allegations stated above.

#### XVI.

Plaintiffs believe that additional amounts may be due and owing and also pray for an audit to determine same.

**WHEREFORE**, Plaintiffs pray for judgment against Defendant, Rock Botton, Inc., as follows:

1.     That Defendant be ordered to pay contributions in the amount of $31,667.04, liquidated damages and interest in the amount of at least $24,357.67, and liquidated damages fees in the amount of $1,950.00, in relation to such unpaid contributions; based on the audit of Defendant's books and records;

2.     That Defendant be ordered to pay actual damages according to proof;

3.     That Defendant be compelled to submit to an audit by Plaintiffs;

4.     That this Court issue an Order permanently enjoining Defendant, for so long as it remains obligated to contribute to the Trust Funds, from failing to timely submit required monthly contributions reports and payments as required by the terms of the Agreements and ERISA sections 502(a)(3) and (g)(2), (29 U.S.C. § 1132(a)(3), (g)(2));

5.     That Defendant be ordered to pay Plaintiffs' attorneys' fees;

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. § 1001, ET
SEQ., 29 U.S.C. § 185)
Case No.

6.      That Defendant be ordered to pay costs of suit herein; and

7.      That the Court grants such further relief as this Court deems just and proper.

Dated:  June 4, 2018                                    WEINBERG, ROGER & ROSENFELD
                                                       A Professional Corporation


                                                       _/s/ Tracy L. Mainguy_
                                             By:       TRACY L. MAINGUY
                                                       Attorneys for Plaintiffs

144344\970200

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

COMPLAINT FOR BREACH OF CONTRACT, DAMAGES, AND AUDIT (ERISA 29 U.S.C. § 1001, ET SEQ., 29 U.S.C. § 185)
Case No.