BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
TRACY L. MAINGUY, Bar No. 176928
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
            clozano@unioncounsel.net
            tmainguy@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA<br><br>Plaintiffs,<br><br>v.<br><br>ROCK BOTTOM, INC.,<br><br>Defendant. | No. 4:18-cv-03308-DMR<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

/ / /

/ / /

/ / /

/ / /

/ / /

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

NOTICE OF DISMISSAL WITH PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE                                    CASE NO. 4:18-CV-03308-DMR

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action with prejudice.  Said voluntary dismissal without an order of the Court is appropriate, since Defendants have not filed an answer or responsive pleading in this matter.  A Case Management Conference has been scheduled for November 7, 2018 at 1:30 p.m.  With this request for dismissal, Plaintiffs also request that said Case Management Conference be vacated.

Dated:  October 1, 2018    WEINBERG, ROGER & ROSENFELD
    A Professional Corporation


    By:    /s/ *Tracy L. Mainguy*
        TRACY L. MAINGUY
        Attorneys for Plaintiffs

144344\990248

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
NOTICE OF DISMISSAL WITH PREJUDICE; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE
CASE NO. 4:18-CV-03308-DMR